# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 21, 2017

Mr. David Jay Bernstein
Suite 106
660 E. Hillsboro Boulevard
Deerfield Beach, FL  33441

RE:  16-2853  James Leach v. United States

Dear Counsel:

Enclosed is a dispositive order entered today at the direction of the court.

Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

Michael E. Gans
Clerk of Court

MER

Enclosure(s)

cc:    Ms. Tiffany Gulley Becker
       Mr. Gregory J. Linhares

District Court/Agency Case Number(s):   4:16-cv-00904-RWS
                                        4:09-cr-00579-RWS-1

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  16-2853
_____

James Leach

Petitioner

v.

United States of America

Respondent

_____

Petition for Permission to file a Successive Habeas Petition
(4:16-cv-00904-RWS)
(4:09-cr-00579-RWS-1)

_____

## JUDGMENT

Before RILEY, ARNOLD and BENTON, Circuit Judges.

      The petition for authorization to file a successive § 2255 motion is denied. Mandate shall issue forthwith.

March 21, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans

2 of 2